UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY E. WOOTEN,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEP'T OF CORRECTIONS, et. al,<br><br>    Defendants. | Case No.: 1:13-cv-00570 – LJO – JLT (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO COMPLY WITH THE COURT'S ORDER<br><br>(Doc. 13). |

    Plaintiff is a prisoner proceeding *pro se* in an action pursuant to 42 U.S.C. § 1983. The Court dismissed Plaintiff's second amended complaint on August 26, 2013, but granted Plaintiff leave to file a third amended complaint within 21 days. (Doc. 13). More than 21 days have passed, and Plaintiff has failed to file a third amended complaint.

    The Local Rules, corresponding with Fed. R. Civ. P. 11, provide, "[f]ailure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions. Thompson v. Housing Authority of Los Angeles, 782 F.2d 829, 831 (9th Cir. 1986).

Plaintiff is advised that this will be the Court's **FINAL** order for Plaintiff to file a third amended complaint within **14 days of the date of service of this Order**. Failure to do so will result in an immediate finding and recommendation of dismissal for failure to prosecute.

IT IS SO ORDERED.

Dated:   **September 19, 2013**              **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE