**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY E. WOOTEN, | Case No. 1:13-cv-00570-LJO-JLT (PC) |
| Plaintiff, | ORDER STRIKING THIRD AMENDED COMPLAINT AND REQUIRING PLAINTIFF TO FILE SIGNED COMPLAINT FORM |
| v. | |
| CDCR, et al., | |
| Defendants. | (Doc. 15) |
| | 30-DAY DEADLINE |

On September 20, 2013, Plaintiff filed a document which is titled "Third Amended Complaint." (Doc. 15.) However, this document is not signed and sets forth no intelligible claims for relief, though it appears that Plaintiff is complaining of medical care that he did not. The Court cannot consider unsigned filings and the Third Amended Complaint shall be stricken from the record for that reason. However, Plaintiff will be given 30 days to file a signed third amended complaint that complies with Federal Rule of Civil Procedure 8(a). Plaintiff would do well to reference the standards that were provided on screenings of his prior pleading efforts in this action. He is obligated to set forth a brief, coherent statement of what occurred.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's Third Amended Complaint is stricken from the record for lack of signature;

2. The Clerk's Office shall send Plaintiff a complaint form;

3. Within **30 days** from the date of service of this order, Plaintiff must file a signed third amended complaint; and

4. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **November 21, 2013**            **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE

2